IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARTEZ GRIFFIN,

          Petitioner,

v.                                       CIVIL ACTION NO. 2:21-cv-00434

SHELBY SEARLS,

          Respondent.

## ORDER

    This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 9]. On May 2, 2022, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations ("PF&R") [ECF No. 31] and recommended that the court deny Respondent's "Motion to Dismiss and for Summary Judgment" [ECF No. 19]; deny Petitioner's "Motion for Stay and Abeyance" [ECF No. 27]; grant Petitioner's "Alternative Motion for Dismissal Without Prejudice of § 2254 Petition" [ECF No. 27]; and remove this matter from the docket of the court. Neither party timely filed objections to the PF&R nor sought an extension of time.

    A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Respondent's "Motion to Dismiss and for Summary Judgment" [ECF No. 19]; **DENIES** Petitioner's "Motion for Stay and Abeyance" [ECF No. 27]; **GRANTS** Petitioner's "Alternative Motion for Dismissal Without Prejudice of § 2254 Petition" [ECF No. 27]; and **DISMISSES without prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 23, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE